# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID H. KATZ, M.D., | CASE NO. 06cv0496 DMS (LSP) |
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| vs. | |
| AVANIR PHARMACEUTICALS, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM. | |

Plaintiff's motion for leave to amend his complaint and Defendant's motion for attorney's fees are currently scheduled for hearing on January 25, 2008. The Court finds these matters suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED**.

DATED: January 23, 2008

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -                                                                                           06cv0496